### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.         Criminal No. 07-50031-001

**COBY TOWNSEND HURST**                                                                   **DEFENDANT**

### O R D E R

Now on this 12th day of June, 2007, comes on for consideration the government's **Motion For Mental Examination Of The Defendant** (document #17), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that, pursuant to **18 U.S.C. §4242**, the defendant is hereby committed to the custody of the Attorney General or his authorized representative, for placement in a suitable federal correctional facility for a period not to exceed forty-five (45) days for a mental competency evaluation under **18 U.S.C. §4242** to determine whether he was insane at the time of the offense charged in the Indictment.

**IT IS FURTHER ORDERED** that, pursuant to **18 U.S.C. §4247(c)**, the facility conducting the evaluation shall file a copy of the report with this Court, with copies to counsel for the defendant and the government.  Should defendant desire a hearing on the issue of his competency to stand trial, he will have ten (10) days from the filing of the report within which to demand such.

**IT IS FURTHER ORDERED** that the jury trial scheduled for  June

20, 2007, is hereby continued *sine die*.  The delay in the trial of this action occasioned by the mental evaluation is excludable under the provisions of **18 U.S.C. §3161(h)(1)(A).**

**IT IS SO ORDERED.**

                                       **/s/ Jimm Larry Hendren**
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**