AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| WESTERN | District of | ARKANSAS |
|---|---|---|

UNITED STATES OF AMERICA
**V.**

COBY TOWNSEND HURST

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:     5:07CR50031-001

USM Number:    07897-010

Kimberly R. Weber
Defendant's Attorney

**THE DEFENDANT:**

X   pleaded guilty to violation of condition(s)    New Law Violations One (1) through Five (5)
___ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation #1 | Arrested on 04/17/11 for DWI 3rd offense, refusal to submit, and no insurance | 04/17/2011 |
| New Law Violation #2 | Arrested on 05/02/11 for DWI 1st offense, refusal to submit, and fleeing | 05/02/2011 |
| New Law Violation #3 | Arrested on 05/11/11 for DWI 1st offense and possession of a controlled or counterfeit substance | 05/11/2011 |
| New Law Violation #4 | Arrested on 08/21/11 for DWI 1st offense and driving while license suspended or revoked | 08/21/2011 |
| New Law Violation #5 | Arrested on 11/25/11 for operating a motorboat intoxicated 1st offense, violation of implied consent law, no personal floatation device, and driving while license suspended or revoked | 11/25/2011 |

The defendant is sentenced as provided in page __2__ of this judgment.
The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).
☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    XXX-XX-4720

Defendant's Date of Birth:    XX/XX/1972

Defendant's Residence Address:

XXXXXXXX

Rogers, AR 72756

Defendant's Mailing Address:

Same as above

March 2, 2012
Date of Imposition of Judgment

/S/ Jimm Larry Hendren
Signature of Judge

Honorable Jimm Larry Hendren, United States District Judge
Name and Title of Judge

March 2, 2012
Date

DEFENDANT:         COBY TOWNSEND HURST
CASE NUMBER:    5:07CR50031-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :      **twelve (12) months. No term of supervised release will follow the term of imprisonment.**

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m.  ☐ p.m.   on _____ .

as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL